# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) 05- 179C
Swanson Group, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [see RCFC 83.1(c)] Gary G. Stevens

Firm Name: Saltman & Stevens, P.C.

Post Office Box:

Street Address: 1801 K Street, N.W., Suite M-110

City-State-Zip: Washington, D.C. 20006

Telephone & Telecopier Numbers: (202) 452-2140; (202) 775-8217 (Fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: [1] [3] [2]

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: [A] [G] [R]

See attached Sheet for three digit code.

Amount Claimed: $275,890.21

(exclusive of interest costs and attorney's fees)

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this case is related to any pending or previous case you are required to file a separate notice of related case(s). See RCFC 40.2.