ORIGINAL

FILED
JAN 3 1 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

05- 179C

| | |
|---|---|
| BLUE LAKE FOREST PRODUCTS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 01-570C (Judge Williams) |
| TIMBER PRODUCTS COMPANY, Plaintiff, v. THE UNITED STATES, Defendant | No. 01-627C (Judge Williams) |
| CLR TIMBER HOLDINGS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 04-501C (Judge Williams) |

**NOTICE OF INDIRECTLY-RELATED CASES**

Pursuant to RCFC 40.2(b), notice is hereby given that Indirectly-Related cases are presently before the Court. The following cases present common issues of fact and law with the

above-captioned matter, such that transfer or consolidation of these matters or adoption of a common discovery schedule would significantly promote the efficient administration of justice:

Blue Lake Forest Products, Inc. v. United States, No. 01-570C MCW, Timber Products Co. v. United States, No. 01-627C MCW, and CLR Timber Holdings, Inc. v. United States, No. 04-501C MCW, all consolidated under COFC No. 01-570C MCW.

The Indirectly-Related cases above and the instant case involve timber sale contracts with the United States Forest Service within the area covered by the Northwest Forest Plan that are alleged to have been wrongly suspended by the Forest Service in the wake of a decision by the United States District Court in Oregon Natural Resources Council Action v. U.S. Forest Service, 59 F. Supp. 1085, No. 998-942 (W.D.) The instant case and the above Indirectly-Related cases involve many of the same factual issues and substantially overlapping discovery. A substantial portion of this discovery has already been completed in the above Indirectly-Related cases.

The common legal issues in each of the Indirectly-Related cases reference above and the instant case include (1) whether the Forest Service breached its implied duties to cooperate and not to hinder the contractor's performance, (2) whether the Forest Service breached certain warranties under the contracts, (3) whether the Forest Service breached the timber sale contract by suspending the contract without proper authority and for an unreasonable amount of time, and (4) whether the Forest Service failed to compensate the plaintiff as required under clause C6.01 of the Forest Service timber sale contract. Judicial economy warrants the transfer or consolidation of

these cases or adoption of a common discovery schedule in order to resolve common issues of law and fact.

Respectfully submitted,

Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiffs

OF COUNSEL:

Alan I. Saltman
Richard W. Goeken
Bryan T. Bunting
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: January 31, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January 2005, I served via first class mail, postage prepaid, a copy of the foregoing **NOTICE OF INDIRECTLY-RELATED CASES** on Richard P. Schroeder, Esq., attorney for defendant, United States of America, United States Department of Justice, Commercial Litigation Branch, Civil Division, Attn: Classification Unit, 1100 L Street, N.W., 8th Floor, Washington, D.C. 20530.

Beverly J. Rector

Beverly J. Rector