# In the United States Court of Federal Claims

No. 05-179 C

(Filed: April 11, 2005)

SWANSON GROUP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for Enlargement of Time within which to respond to plaintiff's complaint. Defendant requests a forty-five day enlargement of time, specifically from March 28, 2005, to and including May 12, 2005. Based on the representations contained therein, defendant's motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge