IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-179C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time within which to file its response to plaintiff's complaint, pending the Court's decision on plaintiff's May 6, 2005 motion to consolidate this case (number 05-179C) with case numbers 01-570C, Blue Lake Forest Products, Inc. v. United States; 01-627C, Timber Products Co. v. United States; and 04-501C, CLR Timber Holdings, Inc. v. United States, all of which are currently pending before Judge Williams. Our response to plaintiff's complaint in this case is currently due on May 12, 2005. We respectfully request that the Court allow defendant to file its response to the complaint 14 days after the Court issues an order on the motion to consolidate. This is defendant's second request for an enlargement of time. Defendant previously requested and the Court previously granted a 45-day enlargement of time to respond to the complaint. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose.

The enlargement is requested because on May 6, 2005, plaintiff filed a motion to consolidate this case with case numbers 01-570C, Blue Lake Forest Products, Inc. v. United

States; 01-627C, Timber Products Co. v. United States; and 04-501C, CLR Timber Holdings, Inc. v. United States. As plaintiff indicated in its motion, the Government will oppose the motion to consolidate.[1] Accordingly, defendant believes it is in the interest of judicial economy for the Court to first determine what course this case will take before filing our response to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time pending the Court's decision on plaintiff's motion to consolidate, with defendant to file its response to plaintiff's complaint 14 days from the date of the Court's order on plaintiff's motion to consolidate.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

May 12, 2005

Attorneys for Defendant

[1] Our response to the motion to consolidate is due on May 23, 2005. See RCFC 7.2 (a).