# In the United States Court of Federal Claims

No. 05-179 C

(E-Filed: May 13, 2005)

SWANSON GROUP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for Enlargement of Time within which to respond to plaintiff's complaint. Defendant requests an enlargement of time, specifically from May 12, 2005 until fourteen days after the court issues an order on plaintiff's pending motion to consolidate. Defendant seeks the enlargement of time to permit it to file an opposition to plaintiff's motion, which is due on May 23, 2005, and to review the court's decision on plaintiff's motion before filing its answer. Based on the representations contained therein, defendant's motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge