IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-179C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME TO
FILE JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, and plaintiff, Swanson Group, Incorporated ("Swanson") respectfully request a 30-day enlargement of time, to and including September 19, 2005, within which to file their joint preliminary status report ("JPSR"). Our JPSR is currently due on August 18, 2005. This is the parties' first request for an enlargement of time for this purpose.

The enlargement is requested because the parties need additional time to consult with client representatives and agency counsel, to further discuss the best way to proceed in this case, and to attempt to reach consensus on various issues, including the relevant factual and legal issues in the case and a discovery plan. The parties believe they can accomplish this within the next thirty days.

For the foregoing reasons, the parties jointly request that the Court grant this motion for a 30-day enlargement of time within which to file their JPSR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:
MARCUS WAH
Associate Regional Attorney
USDA-OGC, Pacific Region
1734 Federal Building
1220 S.W. Third Ave
Portland, OR 97204-2825

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial
Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

August 18, 2005

Attorneys for Defendant

s/Gary G. Stevens
GARY G. STEVENS
Saltman & Stevens P.C.
1801 K Street, NW Suite M110
Washington, D.C. 20006
Ph: (202) 452-2140
Fax: (202) 775-8217

August 18, 2005

Attorney for Plaintiff