# In the United States Court of Federal Claims

No. 05-179 C

(E-Filed: August 18, 2005)

SWANSON GROUP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion for an Enlargement of Time to File Joint Preliminary Status Report. The parties request a 30-day enlargement of time, specifically from August 18, 2005, to and including September 19, 2005, for filing their Joint Preliminary Status Report. Based on the representations contained therein, defendant's motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge