**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SWANSON GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-179C<br>(Judge Hewitt) |

**PLAINTIFF'S MOTION ON BEHALF OF BOTH PARTIES FOR AN ENLARGEMENT OF TIME TO FILE A JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, Swanson Group, Incorporated ("Swanson"), on behalf of both parties respectfully requests a three-day enlargement of time, to and including September 22, 2005, within which to file the parties' joint preliminary status report ("JPSR"). The JPSR is currently due on September 19, 2005. This is the parties' second request for an enlargement of time for this purpose. The Court granted our first request for a 30-day enlargement on August 18, 2005.

This enlargement is requested because counsel of record for both parties have been and will continue to be out of the office on business travel for substantial portions of the time period September 7, 2005 through September 16, 2005. Counsel have prepared a draft JPSR, but because of their respective travels schedules have not had an opportunity to finalize this draft. However, the parties believe they will be able to do so by September 22, 2005.

For the foregoing reasons, the parties jointly request that the Court grant this motion for a three-day enlargement of time within which to file their JPSR.

Respectfully submitted on behalf of both parties,

s/Gary G. Stevens

SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Dated: September 14, 2005