# In the United States Court of Federal Claims

No. 05-179 C

(E-Filed: September 19, 2005)

| | |
|---|---|
| SWANSON GROUP, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Motion on Behalf of Both Parties for and Enlargement of Time to File a Joint Preliminary Status Report. The parties request a three-day enlargement of time, specifically from September 19, 2005, to and including September 22, 2005, for filing their Joint Preliminary Status Report. Based on the representations contained therein, the motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge