# In the United States Court of Federal Claims

No. 05-179 C
(E-Filed: October 20, 2005)

SWANSON GROUP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Preliminary Status Report (JPSR). The court will conduct an informal telephonic status conference in this matter on Thursday, October 27, 2005 at 2:00 p.m. to address matters contained in the parties' JPSR. A Sprint operator will initiate the conference call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge