# In the United States Court of Federal Claims

No. 05-179 C
(E-Filed: October 27, 2005)

SWANSON GROUP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the informal telephonic status conference held in this matter on October 27, 2005, the court orders the following:

(1) Fact discovery on liability and damages shall commence immediately and shall conclude on or before October 31, 2006.

(2) On or before June 30, 2006, the parties shall file any motions pertaining to discovery disputes.

(3) An informal telephonic status conference will be held on Wednesday, November 1, 2006 at 2:00 p.m. to address further proceedings in this matter. A Sprint operator shall initiate the conference call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge