IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-179C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joan M. Stentiford as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Joan M. Stentiford
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

s/ Joan M. Stentiford

Joan M. Stentiford
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 616-0341
Fax: (202) 514-8624

CERTIFICATE OF FILING

I hereby certify that on this __19th__ day of April, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joan M. Stentiford