**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SWANSON GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-179C<br>(Judge Wheeler) |

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff, Swanson Group, Inc., requests that the Court modify its scheduling order of October 27, 2005 (the "Order") to delete the June 30, 2006 deadline for the parties to file motions pertaining to discovery disputes. Plaintiff's counsel has consulted with defendant's counsel, who has indicated that defendant will not oppose this motion.

Under the terms of the Order, fact discovery is to close on October 31, 2006. Pursuant to that deadline, the parties have exchanged discovery requests, and defendant has responded to plaintiff's first set of requests. Plaintiff's responses to defendant's interrogatories and document requests are currently due on August 7, 2006, after the cut-off date for discovery motions currently provided for in the Order.[1] Also, plaintiff is still analyzing defendant's responses to plaintiff's interrogatories and document requests, and although plaintiff has identified some areas

[1]The parties recently agreed to extend the time due for plaintiff's responses from July 5, 2006 to August 7, 2006. Accordingly, even without the parties' agreement to extend plaintiff's due date, plaintiff's responses would still have been due after the cut-off date for discovery motions.

where it finds defendant's responses to be inadequate; rather than immediately filing a motion to compel with respect to those issues, plaintiff would prefer to continue negotiating with defendant, while reserving the ability to involve the Court if necessary at a future date. Removing the due date for discovery motions would, of course, provide the same flexibility to defendant with respect to plaintiff's (yet to be filed) discovery responses.

For the foregoing reasons, plaintiff respectfully requests that the Court amend its Order to delete the June 30, 2006 deadline to file discovery motions.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Dated: June 22, 2006