# In the United States Court of Federal Claims

No. 05-179C

(Filed: June 23, 2006)

```
*************************************** *
                                        *
SWANSON GROUP, INC.,                    *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

ORDER

On June 22, 2006, counsel for Plaintiff filed with the Court an unopposed motion to modify the Court's Order dated October 27, 2005. Plaintiff proposes to delete the June 30, 2006 deadline for filing motions pertaining to discovery disputes. Because discovery has proceeded to date without the Court's assistance, and because the parties intend to negotiate any future disputes before involving the Court, Plaintiff's motion is GRANTED.

The June 30, 2006 deadline for filing motions pertaining to discovery disputes is hereby vacated. The remainder of the Court's October 27, 2005 Order shall remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge