**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SWANSON GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-179C<br>(Judge Wheeler) |

**JOINT MOTION TO HOLD CASE IN ABEYANCE OR, IN THE ALTERNATIVE, EXTEND THE DISCOVERY PERIOD 150 DAYS**

The parties move that the above-captioned case be held in abeyance, pending a final decision on liability in Scott Timber Co. v. United States, 05-708C ("Scott Timber"), a bifurcated case pending before Judge Lettow of this Court. The factual and legal issues presented in this case are very similar to those presented in Scott Timber. Both cases involve timber contracts awarded to the plaintiffs that were later suspended in response to environmental litigation. The parties have been diligently pursuing discovery in the instant case, both parties have served and provided responses to written discovery, neither party has yet scheduled depositions, and there remain some issues concerning written discovery. Moreover, these cases are factually and legally complex, and will involve large numbers of witnesses and documents both on the issues of liability for alleged breach of contract as well as the attendant claim for damages.

By holding the instant case in abeyance, the parties would be able to focus their energies and resources on presenting their evidence and arguments in Scott Timber in a considered, organized, and efficient manner. The parties believe that this would serve both their respective

interests, as well as the interests of judicial economy. Because the factual and legal issues are very similar in both cases, whatever resolution is achieved in Scott Timber should inform the parties' decisions about how to proceed in the instant case, with respect to additional discovery, stipulations of fact, and other litigation matters.

If the Court grants the parties' motion, and holds the instant case in abeyance, the parties shall provide interim status reports, and make themselves available for status hearings, as the Court deems advisable. Additionally, within ten days of the resolution of Scott Timber, the parties shall file a status report informing the Court of its resolution and recommending a schedule for further procedures in this case.

Based on the foregoing, the parties request an order holding the instant case in abeyance pending resolution of the issue of liability in Scott Timber Co. v. United States, COFC No. 05-708C.

In the alternative, the parties request an order extending the period for discovery in this case for a period of 150 days from the current deadline of October 31, 2006, or until March 29, 2007.

If for any reason the Court is inclined not to grant this motion or is inclined to require a different schedule for the completion of discovery in this case, the parties respectfully request a status conference.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:
JOHN MUNSON
Senior Attorney
USDA-OGC, Pacific Region

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

Dated: September 28, 2006

Counsel for Defendant