# In the United States Court of Federal Claims

No. 05-179C

(Filed: October 3, 2006)

| | |
|---|---|
| ************************************** | * |
| | * |
| SWANSON GROUP, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

ORDER

On September 28, 2006, counsel for Plaintiff and Defendant filed with the Court a joint motion to hold the case "in abeyance or, in the alternative, extend the discovery period" for 150 days. During a status conference held October 3, 2006, the parties agreed to the following schedule:

1. Further discovery in this case shall be postponed until after May 1, 2007 so that the parties may complete discovery in Scott Timber Co. v. United States, 05-708C ("Scott Timber") before Judge Charles F. Lettow of this Court;

2. The parties shall file with the Court a Joint Status Report on May 4, 2007 describing the status of Scott Timber and updating the Court with information relevant to the present case;

3. The parties shall be available for a telephonic status conference on May 7, 2007 at 9:00 AM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge