IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-179C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order entered October 3, 2006, the parties submit their joint status report.

On October 3, 2006, the Court granted the parties' motion to hold this case in abeyance to allow them to focus their resources on Scott Timber, Co. v. United States, 05-708C ("Scott Timber"). In the intervening months, the parties completed extensive discovery in Scott Timber. Additionally, on March 26, 2007, Senior Judge Smith, of this Court, entered a decision in Swanson Group, Inc. v. United States, 05-170C, resolving the issue of liability in that case against the Government.

With respect to this case, the parties have begun preliminary settlement discussions, which have the possibility of resolving this case without further litigation. The parties anticipate that they will know whether a mutually agreeable settlement can be reached by the end of May, 2007.

Accordingly, the parties request that discovery in this case be stayed through May 30, 2007 while the parties pursue settlement discussions. The parties will file a joint status report with the Court on or before June 8, 2007 informing the Court of their settlement progress and, if

settlement is not likely, recommending a schedule within which to complete discovery.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:
Marcus Wah
USDA-OCG, Pacific Region

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

May 4, 2007

Counsel for Defendant

CERTIFICATE OF FILING

I hereby certify that on this __4th__ day of May, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joan M. Stentiford