# In the United States Court of Federal Claims

No. 05-179C

(Filed: May 8, 2007)

******************************************* *
*
SWANSON GROUP, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************* *

ORDER

On May 4, 2007, counsel for the parties filed a Joint Status Report indicating that they have begun preliminary settlement discussions, and requesting that the Court stay further discovery in this case until May 30, 2007. For good cause shown, the parties' request is GRANTED. Accordingly:

1. Further discovery in this case shall be stayed until May 30, 2007;

2. The parties shall file with the Court a Joint Status Report on or before June 8, 2007 informing the Court of the progress of settlement discussions;

3. If the parties determine that settlement is unlikely, counsel are requested to be available for a telephonic status conference with the Court on June 11, 2007 at 10:00 AM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge