**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-179C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order filed May 8, 2007 the parties submit the following joint status report.

On May 8, 2007, the Court granted the parties' request that discovery in this case be stayed until May 30, 2007 while the parties engaged in settlement discussions. On May 22, 2007, plaintiff received a settlement proposal from defendant. Today, June 8, 2007, plaintiff has submitted its response to defendant's settlement proposal. The process of evaluating the parties' respective settlement proposals and obtaining authorization from appropriate party representatives has taken somewhat longer than both parties had originally projected to the Court. Nevertheless, the parties continue to believe that discovery should continue to be stayed in this case while the parties attempt to agree on a settlement. Accordingly, the parties respectfully request that the Court amend its Order of May 8, 2007 to provide that discovery in this case should continue to be stayed to and including July 20, 2007 and that the parties file a joint status report on or before July 27, 2007 informing the Court of the progress of settlement

discussions. If the parties report to the Court that settlement is unlikely, the parties request a telephonic status conference at 10:00am on August 2, 2007 for the purpose of determining an appropriate schedule for proceeding in this case.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:
MARCUS WAH
Senior Attorney
USDA-OGC, Pacific Region

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

Dated: June 8, 2007

Counsel for Defendant