# In the United States Court of Federal Claims

No. 05-179C

(Filed: June 11, 2007)

****************************************** *
*
SWANSON GROUP, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On June 8, 2007, counsel for the parties filed a Joint Status Report indicating that they are continuing to pursue settlement in this case, and requesting that the Court stay further discovery until July 20, 2007. For good cause shown, the parties' request is GRANTED. Accordingly:

1. Further discovery in this case shall be stayed until July 20, 2007;

2. The parties shall file with the Court a Joint Status Report on or before July 27, 2007 informing the Court of the progress of settlement discussions;

3. If the parties determine that settlement is unlikely, counsel are requested to be available for a telephonic status conference with the Court on August 2, 2007 at 10:00 AM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge