**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SWANSON GROUP, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No. 05-179C (Judge Wheeler) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order filed June 11, 2007, the parties submit the following joint status report.

On June 11, 2007, the Court granted the parties' request that discovery in this case be stayed until July 20, 2007 while the parties engaged in settlement discussions. On June 8, 2007, plaintiff submitted a counter settlement proposal to defendant's settlement proposal dated May 22, 2007. On July 17, 2007, plaintiff received another settlement proposal from defendant. Plaintiff is now reviewing defendant's latest proposal and anticipates submitting a response to defendant next week.

The settlement process in this case has become somewhat more complicated because the parties have combined their efforts to settle this case with their efforts to settle two other Swanson Group timber sale suspension cases pending in this Court before Judge Smith (Swanson Group, Inc. v. United States, COFC Nos. 170C and 171C). Both Swanson and the

United States would like to reach agreement on a global settlement including all three Swanson cases. The parties continue to believe that settlement of this case and the two cases before Judge Smith is possible. However, in order to accomplish this objective, the parties request more time to do so. Accordingly, the parties respectfully request that the Court amend its Order of June 11, 2007 to provide that discovery in this case should continue to be stayed to and including August 31, 2007 and that the parties file a joint status report on or before September 7, 2007 informing the Court of the progress of settlement discussions. If the parties report to the Court that settlement is unlikely, the parties request a telephonic status conference at 10:00am on September 17, 2007 for the purpose of determining an appropriate schedule for proceeding in this case.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:
MARCUS WAH
Senior Attorney
USDA-OGC, Pacific Region

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

Dated: July 27, 2007

Counsel for Defendant