IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-179C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order entered August 1, 2007, the parties submit their joint status report.

On August 1, 2007, the Court granted the parties' motion to hold discovery in this case in abeyance to allow them to continue focusing their resources on settlement discussions. As we stated in our earlier status report, the parties are coordinating their efforts to settle two other Swanson Group timber sale suspension cases pending in this Court (Swanson Group, Inc. v. United States, COFC Nos. 170C and 171C).

With respect to this case, the parties continue to pursue settlement discussions, which have been moving in a positive direction, and which the parties continue to believe that settlement of these cases is possible. In order to continue the process, the parties request the Court's indulgence to allow them additional time, and amend its Order of August 8, 2007, to provide that discovery in this case should continue to be stayed to and including October 12, 2007, and that the parties file a joint status report on or before October 17, 2007 informing the Court of the progress of settlement discussions. If, at that time, the parties believe that settlement is unlikely, the parties request a telephonic status conference at 10:00 a.m. on October

21, 2007 to determine an appropriate schedule for resolving this case.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:
Marcus Wah
USDA-OCG, Pacific Region

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

September 7, 2007

Counsel for Defendant

CERTIFICATE OF FILING

I hereby certify that on this __7th__ day of September, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joan M. Stentiford