# In the United States Court of Federal Claims

No. 05-179C

(Filed: October 19, 2007)

```
*************************************** *
                                        *
SWANSON GROUP, INC.,                    *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
**************************************  *
```

ORDER

As discussed with counsel for the parties, the Court will conduct a telephonic status conference on October 26, 2007 at 10:00 AM. The conference will be on the record.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge