# In the United States Court of Federal Claims

No. 05-179C

(Filed: November 28, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| SWANSON GROUP, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

On November 20, 2007, counsel for the parties filed a Joint Status Report indicating that they continue to pursue settlement in this case, and requesting that the Court stay further discovery. For good cause shown, the parties' request is GRANTED. Accordingly:

1. Further discovery in this case shall be stayed to and including December 21, 2007;

2. The parties shall file with the Court a Joint Status Report on or before December 21, 2007 informing the Court of the progress of settlement discussions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge