**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-179C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to The Court's Order dated March 3, 2008, the parties submit the following joint report on the status of settlement negotiations.

As set forth in considerable detail in the joint status report of February 29, 2008, the parties have been engaged in settlement negotiations since June, 2007. Today, the parties report that plaintiff has submitted a proposal that government counsel has agreed to recommend to agency counsel and to her superiors as the basis for settlement in this case as well as two other Swanson Group timber sale suspension cases pending in this Court before Judge Smith (Swanson Group, Inc. v. United States, COFC Nos. 170C and 171C). Government counsel anticipates that she will have a final decision as to whether the settlement has been formally accepted by government shortly.

Accordingly, the parties respectfully request that the Court enter an Order to provide that discovery in this case shall continue to be stayed and that the parties shall file a joint status report

on or before March 17, 2008 informing the Court as to the status of the settlement.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

Counsel for Defendant

OF COUNSEL:
MARCUS WAH
Senior Attorney
USDA-OGC, Pacific Region

Dated: March 7, 2008