# In the United States Court of Federal Claims

No. 05-179C

(Filed: March 7, 2008)

```
*************************************** *
                                        *
SWANSON GROUP, INC.,                    *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

ORDER

On March 7, 2008, counsel for the parties filed a Joint Status Report indicating that they continue to pursue settlement in this case, and requesting that the Court stay further discovery. For good cause shown, the parties' request is GRANTED. Accordingly:

1. Further discovery in this case shall be stayed to and including March 17, 2008;

2. The parties shall file with the Court a Joint Status Report on or before March 17, 2008 informing the Court of the progress of settlement discussions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge