**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-179C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT ON BEHALF OF THE PARTIES**

Pursuant to the Court's Order dated March 7, 2008, plaintiff submits the following report, *nunc pro tunc*, on behalf of the parties regarding the status of settlement negotiations. Plaintiff has attempted to contact government counsel about the status of settlement negotiations and the contents of this report and has been advised that government counsel is out of the office this week.

As set forth in considerable detail in the joint status report of February 29, 2008, the parties have been engaged in settlement negotiations since June, 2007. On March 7, 2008 the parties reported that plaintiff had submitted a proposal that government counsel has agreed to recommend to agency counsel and to her superiors as the basis for settlement in this case as well as two other Swanson Group timber sale suspension cases pending in this Court before Judge Smith (Swanson Group, Inc. v. United States, COFC Nos. 170C and 171C). At that time government counsel anticipated that she would have a final decision "shortly" as to whether the settlement has been formally accepted by the government As of this filing, however,

government counsel has not advised plaintiff as to whether or not that offer has been accepted by the government.

Accordingly, plaintiff respectfully requests on behalf of the parties that the Court enter an Order to provide that discovery in this case shall continue to be stayed and that the parties shall file a joint status report on or before April 7, 2008 informing the Court as to the status of the settlement.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Dated: March 24, 2008