# In the United States Court of Federal Claims

No. 05-179C

(Filed: March 24, 2008)

*************************************** *
*
SWANSON GROUP, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

## ORDER

On March 24, 2008, counsel for Plaintiff filed a Joint Status Report indicating that the parties continue to pursue settlement in this case, and requesting that the Court stay further discovery. For good cause shown, the parties' request is GRANTED. Accordingly:

1. Further discovery in this case shall be stayed to and including April 7, 2008;

2. The parties shall file with the Court a Joint Status Report on or before April 7, 2008 informing the Court of the progress of settlement discussions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge