**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-179C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PLAINTIFF'S STATUS REPORT ON BEHALF OF THE PARTIES</u>**

Pursuant to the Court's Order dated March 24, 2008, plaintiff submits the following report on behalf of the parties regarding the status of settlement negotiations.

As set forth in considerable detail in the joint status report of February 29, 2008, the parties have been engaged in settlement negotiations since June, 2007. On March 7, 2008 the parties reported that plaintiff had submitted a proposal that government counsel had agreed to recommend to her superiors at DOJ as the basis for settlement in this case as well as two other Swanson Group timber sale suspension cases pending in this Court before Judge Smith (<u>Swanson Group, Inc. v. United States</u>, COFC Nos. 170C and 171C). At that time government counsel anticipated that she would have a final decision "shortly" as to whether the settlement has been formally accepted by the government As of this filing, government counsel has advised that there has been "first line" acceptance of plaintiff's settlement offer but that final acceptance by the relevant director at the DOJ has not occurred, yet. DOJ counsel has not provided a time frame within which the Director's review will be completed. Additionally, it is

not clear to plaintiff whether approvals within DOJ at levels above the Director are required.

Accordingly, plaintiff respectfully requests that the Court enter an Order setting a telephonic status conference on or before April 21, 2008, so that plaintiff and the Court may be advised as to whether or not the government has accepted plaintiff's settlement proposal of March 7, 2007; or, if a final decision is yet to be made at the time of the status conference, DOJ counsel shall provide an anticipated date certain by which the final decision will be made.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140
Counsel for Plaintiff

Of Counsel:
Richard W. Goeken
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Dated: April 7, 2008