# In the United States Court of Federal Claims

No. 05-179C

(Filed: April 8, 2008)

****************************************** *
*
SWANSON GROUP, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On April 7, 2008, counsel for Plaintiff filed a Joint Status Report indicating that a proposal for settlement in this case is awaiting formal approval by the Department of Justice. Accordingly:

1. Further discovery in this case shall be stayed to and including April 21, 2008;

2. The parties shall file with the Court a Joint Status Report on or before April 21, 2008 informing the Court of the progress of the Department of Justice's review of the proposed settlement.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge