**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-179 |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

In accordance with the Court's direction, the parties report that the settlement offer has received approval from the Department of Justice. A proposed settlement agreement will be sent to plaintiff's counsel for review no later than April 25, 2008. The parties expect that the review process will be concluded shortly at which time they will execute the settlement agreement. Upon the execution of the settlement agreement, the parties will complete their respective obligations under the terms of the settlement and effect the termination of this case. If this case has not been terminated in this Court on or before May 21, 2008, the parties will provide a joint status report to the Court regarding the status of the settlement and indicate when they anticipate that the case will be terminated.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRYANT G. SNEE
Assistant Director

s/ Richard W. Goeken
RICHARD W. GOEKEN, Esq.
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
Phone: (202) 452) 2140
Fax: (202) 775-8217

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

OF COUNSEL:
MARCUS R. WAH
Associate Regional Counsel
USDA, OGC - Pacific Region

Attorney for Plaintiff

Attorneys for Defendant

April 21, 2008