# In the United States Court of Federal Claims

No. 05-179C

(Filed: April 22, 2008)

```
**************************************** *
                                         *
SWANSON GROUP, INC.,                     *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

ORDER

On April 21, 2008, counsel for the parties filed a Joint Status Report indicating that a proposal for settlement in this case has been approved by the Department of Justice. Accordingly:

1. Further discovery in this case shall be stayed to and including May 21, 2008, while the parties continue to pursue a settlement agreement.

2. The parties shall file with the Court a Joint Status Report on or before May 21, 2008 informing the Court of the progress of the settlement agreement.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge