# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-179C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S STATUS REPORT ON BEHALF OF THE PARTIES

Plaintiff reports on behalf of the parties that the parties have executed a settlement agreement in this matter and that an application for payment pursuant to the settlement agreement was made to the Judgment Fund on May 19, 2008. The parties respectfully request that they be given 60 days for payment in full to be obtained from the Judgment Fund before reporting back to the Court. If payment in full is received by plaintiff in less than 60 days, plaintiff anticipates that it will be in a position to request the dismissal of this action.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140
Counsel for Plaintiff

Of Counsel:
Richard W. Goeken
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Dated: May 21, 2008