# In the United States Court of Federal Claims

No. 05-179C

(Filed: May 22, 2008)

```
****************************************** *
                                           *
SWANSON GROUP, INC.,                       *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

## ORDER

On May 21, 2008, counsel for the parties filed a Joint Status Report indicating that a the parties have executed a settlement in this case and are awaiting payment in full to be obtained from the Judgment Fund. Accordingly:

1. All proceedings in this case shall be stayed to and including July 21, 2008;

2. The parties shall file with the Court a Joint Status Report on or before July 21, 2008 informing the Court of the progress of payment.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge