IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-179C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION FOR ENTRY OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the rules of the Court of Federal Claims, the parties stipulate to the dismissal, with prejudice, of this action including all claims and counterclaims, each party to bear its own costs, attorney fees and expenses.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSION
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Richard W. Goeken
RICHARD W. GOEKEN
Saltman & Stevens P.C.
1801 K Street, NW Suite M110
Washington, D.C. 20006
Phone: (202) 452-2140
Fax: (202) 775-8217

Attorney for Plaintiff

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

OF COUNSEL:
MARCUS R. WAH
Associate Regional Attorney
USDA-OGC, Pacific Region

July 21, 2008

Attorneys for Defendant